# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

                Plaintiff,

-vs-                                          Case No. 6:08-cv-377-Orl-22GJK

ANNA N. DUCKWORTH, Personal
Representative of the Estate of AQUILA E.
DUCKWORTH, Deceased,

                Defendant.
_____

## REPORT AND RECOMMENDATION

### TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF STATE FARM'S MOTION TO TAX COSTS AS PREVAILING PARTY AND MEMORANDUM IN SUPPORT THEREOF (Doc. No. 59)** |
| **FILED:** | October 19, 2009 |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED** *as unopposed*.

| MOTION: | PLAINTIFF STATE FARM'S MOTION TO TAX ATTORNEY'S FEES AND COSTS AND MEMORANDUM IN SUPPORT THEREOF (Doc. No. 64) |
|---|---|
| FILED: | October 20, 2009 |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED** *as unopposed*.

## I. BACKGROUND

On March 12, 2008, State Farm Mutual Automobile Insurance Company (the "Plaintiff") filed a complaint ("Complaint") against Anna N. Duckworth (the "Defendant"), as personal representative of the Estate of Aquila E. Duckworth, for declaratory relief. Doc. No. 1. On October 6, 2009, judgment was entered on behalf of Plaintiff and against Defendant. Doc. No. 58. Thus, Plaintiff is the prevailing party in this litigation.

On October 19, 2009, Plaintiff filed a Motion to Tax Costs as Prevailing Party and Memorandum in Support Thereof ("Motion to Tax Costs"). Doc. Nos. 59, 62. Plaintiff seeks costs in the sum of $4,966.01, for the filing fee, service of process, transcripts and copies. Doc. No. 62. On October 20, 2009, Plaintiff filed a Motion to Tax Attorney's Fees and Costs and Memorandum in Support Thereof ("Motion for Fees and Costs"). Doc. No. 64. Plaintiff seeks reimbursement for fees in the amount of $93,009.00, and costs in the amount of $1,648.66, which were not included in the Motion to Tax Costs. *Id.*; Doc. No. 64-3, ¶ 23.[1]

On November 3, 2009, Defendant filed a Notice of Appeal. Doc. No. 67. That same day, Defendant filed a Response to Plaintiff's Motion to Tax Attorney's Fees and Costs and the

---

[1] The Motion for Fees and Costs states that it seeks costs in the amount of $1,2648.66, which is a scrivener's error. Doc. No. 64 at 3. The attached affidavit of Carol Bishop clarifies that Plaintiff seeks costs in the amount of $1,648.66. Doc. No. 64-3, ¶ 23.

Motion to Tax Costs as Prevailing Party (the "Response"). Doc. No. 68.  Defendant states that he "does not object to the amount of the claimed attorneys fees or costs and agrees that if the decision of this Honorable Court is upheld on Appeal, then the Plaintiff would ultimately be the prevailing party, and would be entitled to fees and costs." *Id.*, ¶ 1. Thus, Defendant does not oppose the Motion to Tax Costs or the Motion for Fees and Costs.[2] Accordingly, it is **RECOMMENDED** that the Motion to Tax Costs (Doc. No. 59) and the Motion for Fees and Costs (Doc. No. 64) be **GRANTED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 4, 2010.

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Parties

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

---

[2] On December 3, 2009, the Eleventh Circuit dismissed Defendant's appeal for want of prosecution. Doc. No. 69.