# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No.  6:08-cv-377-Orl-22GJK**

**ANNA N. DUCKWORTH,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff State Farm's Motion to Tax Costs as Prevailing Party (Doc. No. 59) and on Plaintiff State Farm's Motion to Tax Attorney's Fees and Costs (Doc. No. 64).

The United States Magistrate Judge has submitted a report recommending that the Motions be granted as unopposed.

The Court has conducted an independent *de novo* review of the record in this matter, including the objections filed by the Defendant (Doc. No. 74), and the Plaintiff's response thereto (Doc. No. 75).  Defendant had filed a response to the motions indicating that she "does not object to the amount of the claimed attorneys fees or costs and agrees that if the decision of this Honorable Court is upheld on Appeal, then the Plaintiff would ultimately be the prevailing party, and would be entitled to fees and costs." (Doc. No. 68, ¶1). When the Magistrate Judge entered the Report recommending that the motions be granted as unopposed, he was under the impression that the appeal had been dismissed for lack of prosecution (Doc. No. 73, fn 2).  However, the appeal

had been reinstated on December 11, 2009. Accordingly, the Court deems it prudent to delay ruling on any motions for attorneys fees and costs until the completion of the appeal process.

Therefore, it is **ORDERED** as follows:

1. The Court declines to adopt the Report and Recommendation filed January 4, 2010 (Doc. No. 73).

2. Plaintiff State Farm's Motion to Tax Costs as Prevailing Party (Doc. No. 59) and Plaintiff State Farm's Motion to Tax Attorney's Fees and Costs (Doc. No. 64) are denied without prejudice to refile upon the completion of the appeal process.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 19, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge