# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

                **Plaintiff,**

-vs-                                                          Case No.  6:08-cv-377-Orl-22GJK

ANNA N. DUCKWORTH, Personal
Representative of the Estate of AQUILA E.
DUCKWORTH, Deceased,

                **Defendant.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration, without oral argument, on the following motions:

> **MOTION:** PLAINTIFF STATE FARM'S RENEWED MOTION TO TAX COSTS (Doc. No. 78)
>
> **FILED:** January 6, 2012
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** *as unopposed*.

> **MOTION:** PLAINTIFF STATE FARM'S RENEWED MOTION TO TAX ATTORNEY'S FEES AND COSTS (Doc. No. 80)
>
> **FILED:** January 6, 2012
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** *as unopposed*.

On March 12, 2008, Plaintiff, State Farm Mutual Automobile Insurance Company, filed a Complaint against Defendant, Anna N. Duckworth, as personal representative of the Estate of Aquila E. Duckworth, for declaratory relief. Doc. No. 1. On October 6, 2009, judgment was entered on behalf of Plaintiff and against Defendant. Doc. No. 58. On December 23, 2011, the Eleventh Circuit affirmed. Doc. No. 77. Thus, Plaintiff is the prevailing party in this litigation.

On January 6, 2012, Plaintiff renewed its motion to tax attorney's fees and costs (hereafter "Attorney's Fees Motion"). Doc. No. 80. On this same date, Plaintiff renewed its motion to tax costs (hereafter "Costs Motion"), pursuant to 28 U.S.C. § 1920, and filed its third amended bill of costs. Doc. Nos. 78-79. In the Attorney's Fees Motion, Plaintiff seeks an award of $143,763.00 in attorney's fees and $1,648.66 in costs. Doc. No. 80 at 2, ¶ 4. In the Costs Motion, Plaintiff seeks an award of $5,025.56 for costs associated with the filing fee, service of process, deposition transcripts and copies. Doc. No. 79. Thus, Plaintiff seeks a total award of $143,763.00 in attorney's fees and $6,674.22 in costs.

As of this date, Defendant has not filed a response in opposition to the Attorney's Fees Motion or Costs Motion. Accordingly, the undersigned **RECOMMENDS** the following:

1. The Attorney's Fees Motion and Costs Motion be **GRANTED**; and

2. Plaintiff be awarded $143,763.00 in attorney's fees and $6,674.22 in costs.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on January 25, 2012.

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE