# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,**

**Plaintiff,**

-vs-                                                        **Case No.  6:08-cv-377-Orl-22GJK**

**ANNA N. DUCKWORTH,**

**Defendant.**
_____

## ORDER

This cause is before the Court on Plaintiff State Farm's Renewed Motion to Tax Costs (Doc. No. 78) and Plaintiff State Farm's Renewed Motion to Tax Attorneys' Fees and Costs (Doc. No. 80) both filed on January 6, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motions be granted as unopposed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed January 25, 2012 (Doc. No. 81) is ADOPTED and CONFIRMED and made a part of this Order.

2.      Plaintiff State Farm's Renewed Motion to Tax Costs (Doc. No. 78) is GRANTED.

The Clerk is directed to tax the costs as set forth on the Third Amended Bill of Costs (Doc. No.

79) in the amount of $5,025.56.

3.      Plaintiff State Farm's Renewed Motion to Tax Attorneys' Fees and Costs (Doc.

No. 80) is GRANTED.   Attorneys' Fees in the amount of $143,763.00, and additional costs of

$1,648.66 are hereby taxed and included in the judgment

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 13, 2012.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge